**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Siana Oil and Gas Co., LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 0 – 0 0 1 3 1 3 3 | |
| **4. Debtor's address** | **Principal place of business** <br> Po Box 2246 <br> Number   Street <br><br> Conroe, TX  77305-2246 <br> City         State    ZIP Code <br><br> Montgomery <br> County | **Mailing address, if different from principal place of business** <br> Number   Street <br> P.O. Box <br> City         State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> Number   Street <br> City         State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  Siana Oil and Gas Co., LLC                    Case number *(if known)* _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                     MM / DD / YYYY
          District _____  When _____  Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____                         Relationship _____
          District _____                         When _____
                                                         MM / DD / YYYY
          Case number, if known _____

Debtor    Siana Oil and Gas Co., LLC                                        Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:* ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                         Number      Street<br>_____     _____  _____<br>City                           State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>        Contact name _____<br>        Phone _____ | |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☒ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000     ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☒ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor   Siana Oil and Gas Co., LLC   Case number *(if known)*
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/21/2023
              MM/ DD/ YYYY

X   /s/ Tom M. Ragsdale                    Tom M. Ragsdale
Signature of authorized representative of debtor   Printed name

Title           President

**18. Signature of attorney**

X           /s/ Reese Baker           Date   06/21/2023
Signature of attorney for debtor                MM/ DD/ YYYY

Reese Baker
Printed name

Baker & Associates
Firm name

950 Echo Ln Ste 300
Number      Street

Houston                                    TX         77024-2824
City                                       State      ZIP Code

                                           courtdocs@bakerassociates.net
Contact phone                              Email address

11095395                                   TX
Bar number                                 State

Blue Crow Properties
215 S Lamar Blvd G
Austin, TX 78704-1029

Chord Energy
1001 Fannin St Ste 1500
Houston, TX 77002-6739

Commissioner of Public Lands
for the State of New Mexico
Ari Biernoff
General Counsel
Po Box 1148
Santa Fe, NM 87504-1148

Gardere Wynne Sewell
1000 Louisiana St Ste 2000
Houston, TX 77002-5018

Linebarger Goggins Blaire and
Sampson
1301 E 8th St Ste 200
Odessa, TX 79761-4728

Mitby Pacholder Johnson,
PLLC.
1001 McKinney St Ste 925
Houston, TX 77002-6400

Montgomery & Andrews
325 Paseo De Peralta
Santa Fe, NM 87501-1860

Oasis Petroleum North
America, LLC
1001 Fannin St 1500
77002

Railroad Commission of Texas
Donny Sorrells, Director of Oil and Gas Division
Po Box 12967
Austin, TX 78711-2967

Rapid Response Judgment Enforcement, LLC
8 Legends Ct
San Antonio, TX 78257-1701

RLI Insurance Company
8 Greenway Plz Ste 400
Houston, TX 77046-1000

Standard Energy Services
2310 Fordham St
Lubbock, TX 79415-2002

Sterling County, Texas
Po Box 888
Sterling City, TX 76951-0888

White Oak Operating Co., Inc
16945 Northchase Dr Ste 1700
Houston, TX 77060-2173

White Oak Resources VI, LLC
16945 Northchase Drive 1700
Houston, TX 77060