**Fill in this information to identify the case:**

Debtor name      Siana Oil and Gas Co., LLC

United States Bankruptcy Court for the:

     Southern District of Texas

Case number (if known):      23-32279-H5-11

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  Exhibit - Schedule G: Executory Contracts

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/28/2023
     MM/ DD/ YYYY

**X** /s/ Tom M. Ragsdale
Signature of individual signing on behalf of debtor

Tom M. Ragsdale
Printed name

President
Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name        Siana Oil and Gas Co., LLC |
| United States Bankruptcy Court for the: |
|                    Southern District of Texas |
| Case number (if known):      23-32279-H5-11 |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cavin & Ingram PA 40 First Plaza Ste 610 Albuquerque, NM 87102-5801 | | Legal fees | Disputed Unliquidated | | | $27,396.82 |
| 2 | Crane County c/o Linebarger Googan Blair & Sampson, LLP 112 E. Pecan St. Ste. 2200 San Antonio, TX 78205 | | Ad valorem taxes | | | | $193.81 |
| 3 | Ector County Appraisal District c/o Linebarger Goggan Blair & Sampson, LLP 112 E. Pecan St. Ste. 2200 San Antonio, TX 78205 | | | | | | $862.32 |
| 4 | Harris County, Et Al c/o Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253 | | Ad valorem lien-personal property | | | | $708.41 |
| 5 | Jefferson County c/o Linebarger Goggan Blair & Sampson, LLP PO Box 3064 Houston, TX 77253 | | Ad Valorem taxes | | | | $281.38 |
| 6 | Mitby Pacholder Johnson, PLLC. 1001 McKinney St Ste 925 Houston, TX 77002-6400 | | Legal Fees | Contingent Disputed Unliquidated | | | $80,000.00 |
| 7 | Montgomery & Andrews 325 Paseo De Peralta Santa Fe, NM 87501-1860 | | Legal fees | Disputed Unliquidated | | | $87,000.00 |
| 8 | Sterling County c/o Linebarger Goggan Blair & Sampson, LLP 2777 N. Stemmons Fwy Ste 1000 Dallas, TX 75207-2328 | | Ad Valorem taxes | | | | $4,857.26 |

Debtor    Siana Oil and Gas Co., LLC _____     Case number *(if known)*    23-32279-H5-11
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Tom Green County c/o Dean & Linebarger 2777 N. Stemmons Fwy. Ste 1000 Dallas, TX 75207-2328 | | Ad valorem taxes | | | | $427.32 |
| 10 | Ward County c/o Linebarger Goggan Blair & Sampson, LLP 112 E. Pecan St. Ste. 2200 San Antonio, TX 78205 | | Ad valorem lien | | | | $149.47 |
| 11 | White Oak Operating, Company, LLC c/o MACCO Restructuring Group, LLC 700 Milam St. Ste. 1300 Houston, TX 77002 | | Judgment-significant amounts owed to Debtor | Disputed | | | $760,028.27 |
| 12 | White Oak Resources VI, LLC c/o MACCO Restructuring Group, LLC 700 Milam St. Ste. 1300 Houston, TX 77002 | | Judgment | Disputed | | | $760,028.27 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case:

Debtor name _____ Siana Oil and Gas Co., LLC _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____ 23-32279-H5-11 _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1.** **Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.** **Cash on hand** _____

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Amegy Bank-bank will not provide information | Checking account | _____ | **(Unknown)** |
| 3.2 Prosperity Bank | Checking account | _____ | **$20,500.00** |

**4.** **Other cash equivalents** *(Identify all)*

None

**5.** **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$20,500.00**

## Part 2: Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Debtor  __Siana Oil and Gas Co., LLC__       Case number *(if known)*    __23-32279-H5-11__
     Name

---

**None**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1 **Bailes Bates & Associates** _____    **(Unknown)**

9. **Total of Part 2**
   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.    **$0.00**

---

**Part 3:** Accounts receivable

---

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts Receivable**

    | | | | | | Current value of debtor's interest |
    |---|---|---|---|---|---|
    | 11a. 90 days old or less: | **$90,000.00**<br>face amount | - | **$0.00**<br>doubtful or uncollectible accounts | = ..... ➔ | **$90,000.00** |
    | 11b. Over 90 days old: | **$3,620,860.00**<br>face amount | - | **$0.00**<br>doubtful or uncollectible accounts | = ..... ➔ | **$3,620,860.00** |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    **$3,710,860.00**

---

**Part 4:** Investments

---

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:      % of ownership:

    **None**

---

| Debtor | __Siana Oil and Gas Co., LLC__ | Case number *(if known)* | __23-32279-H5-11__ |
|---|---|---|---|
| | Name | | |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

**17.** **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                                                     **$0.00**

---

**Part 5:** Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **Raw materials**

**None**

**20.** **Work in progress**

**None**

**21.** **Finished goods, including goods held for resale**

**None**

**22.** **Other inventory or supplies**

**None**

**23.** **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                                                     **$0.00**

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

Debtor     __Siana Oil and Gas Co., LLC__                                    Case number *(if known)*     __23-32279-H5-11__
      Name

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

  **None**

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

  **None**

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

  **None**

**31.** **Farm and fishing supplies, chemicals, and feed**

  **None**

**32.** **Other farming and fishing-related property not already listed in Part 6**

  **None**

**33.** **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.                                                     __$0.00__

**34.** **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

| Debtor | Siana Oil and Gas Co., LLC | Case number (if known) | 23-32279-H5-11 |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

| | | | |
|---|---|---|---|
| 39.1 desk, chairs, book cases, filing cabinets, tables, chairs, etc. | (Unknown) | | $3,100.00 |

**40. Office fixtures**

None

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| 41.1 computers, printers, copy/fax/scan machines, phones, keyboards, mouses, etc. | (Unknown) | | $2,400.00 |

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

None

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                                                  $5,500.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | | | |

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| Debtor | **Siana Oil and Gas Co., LLC** | Case number *(if known)* | **23-32279-H5-11** |
|---|---|---|---|
| | Name | | |

**None**

48. **Watercraft, trailers, motors, and related accessories** *Examples:*
Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**None**

49. **Aircraft and accessories**

**None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**None**

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.                                                                       **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**  Real Property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest** | | | | |
| 55.1 **Oil and gas lease - Lea County, New Mexico - Inland Property - 8 wells** | Fee Simple | (Unknown) | | $15,700,000.00 |
| 55.2 **Oil and gas lease - Webb County, Texas - South Callagan Ranch - 67 wells** | Fee Simple | (Unknown) | | $3,275,000.00 |
| 55.3 **Oil and Gas Lease - Mobile County, Alabama- Mobile County - Hatters Pond - 19 wells** | Fee Simple | (Unknown) | | $3,287,000.00 |

Debtor    __Siana Oil and Gas Co., LLC__                                        Case number *(if known)*     __23-32279-H5-11__
          Name

---

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.          __$22,262,000.00__

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

**Part 10:**  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| None | | | |
| **61. Internet domain names and websites** | | | |
| None | | | |
| **62. Licenses, franchises, and royalties** | | | |
| None | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| None | | | |
| **64. Other intangibles, or intellectual property** | | | |
| None | | | |
| **65. Goodwill** | | | |
| None | | | |

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.          __$0.00__

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

---

| Debtor | Siana Oil and Gas Co., LLC | Case number *(if known)* | 23-32279-H5-11 |
|---|---|---|---|
| | Name | | |

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

**None**

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| 72.1 **Overpayments to State of Alabama** | Tax year: **Various** | **$180,000.00** |
|---|---|---|

**73. Interests in insurance policies or annuities**

| 73.1 **Claims against Travelers Insurance on environmental issues in New Mexico** | **(Unknown)** |
|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| 74.1 **Undistributed funds from oil and gas properties against Mewbourne Oil** | **$15,000,000.00** |
|---|---|

Nature of Claim    **Funds held from oil and gas properties**

Amount Requested    **$15,000,000.00**

| Additional Page Total - *See continuation page for additional entries* | **$0.00** |
|---|---|

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76. Trusts, equitable or future interests in property**

**None**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

Debtor     __Siana Oil and Gas Co., LLC__                    Case number *(if known)*     __23-32279-H5-11__
      Name

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                                                $15,180,000.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  __Siana Oil and Gas Co., LLC__  Case number *(if known)*  __23-32279-H5-11__
Name

| Part 12: | Summary |
| --- | --- |

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $20,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,710,860.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $5,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................ | → | $22,262,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $15,180,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $18,916,860.00 | + 91b. $22,262,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................................................... | | $41,178,860.00 |

Debtor    __Siana Oil and Gas Co., LLC__                                Case number *(if known)*    __23-32279-H5-11__
                Name

| | |
|---|---|
| ◼ | **Additional Page** |

|  | Current value of debtor's interest |
|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed) - *Continued***

74.2  **Claims against Hilcorp Energy**

Nature of Claim    _____

Amount Requested    (Unknown)                                                                                    (Unknown)

74.3  **Claims against Shell Trading**

Nature of Claim    _____

Amount Requested    (Unknown)                                                                                    (Unknown)

74.4  **Claims against Mitby**

Nature of Claim    _____

Amount Requested    (Unknown)                                                                                    (Unknown)

74.5  **Claims against White Oak Resources**

Nature of Claim    _____

Amount Requested    (Unknown)                                                                                    (Unknown)

74.6  **Claims against Montgomery & Andrews**

Nature of Claim    _____

Amount Requested    (Unknown)                                                                                    (Unknown)

74.7  **Claims against Stanolind Working Interest /Slant Energy/Pearl Investments**

Nature of Claim    _____

Amount Requested    (Unknown)                                                                                    (Unknown)

74.8  **Claims against Hartmann REIT**

Nature of Claim    _____

Amount Requested    (Unknown)                                                                                    (Unknown)

74.9  **Claims against Temple Electronics**

Nature of Claim    _____

Amount Requested    (Unknown)                                                                                    (Unknown)

74.10  **Claims against Todd Swink/Action Frac**

Nature of Claim    _____

Amount Requested    (Unknown)                                                                                    (Unknown)

74.11  **Claims against Amegy Bank/Zions Bancorp**

Nature of Claim    _____

Amount Requested    (Unknown)                                                                                    (Unknown)

74.12  **Claims against Energy Transfer/Sunoco Transportation**

Nature of Claim    _____

Amount Requested    (Unknown)                                                                                    (Unknown)

Debtor    __Siana Oil and Gas Co., LLC_____    Case number *(if known)*    __23-32279-H5-11__
     Name

---

█    **Additional Page**

---

74.13
__Claims against Dorado Transportation, LLC_____    _____(Unknown)

**Nature of Claim**    _____

**Amount Requested**    __(Unknown)_____

74.14
__Claims against GulfMark Energy, Inc_____    _____(Unknown)

**Nature of Claim**    _____

**Amount Requested**    __(Unknown)_____

74.15
__Claims against White Oak Operating Company Co. Inc._____    _____(Unknown)

**Nature of Claim**    _____

**Amount Requested**    __(Unknown)_____

74.16
__Claims against Atropos Joint Venture No. 1_____    _____(Unknown)

**Nature of Claim**    _____

**Amount Requested**    __(Unknown)_____

74.17
__Claims against Atropos Production Corp._____    _____(Unknown)

**Nature of Claim**    _____

**Amount Requested**    __(Unknown)_____

74.18
__Claims against Davis Holdings, L.P._____    _____(Unknown)

**Nature of Claim**    _____

**Amount Requested**    __(Unknown)_____

74.19
__Claims against Ross M. Davis_____    _____(Unknown)

**Nature of Claim**    _____

**Amount Requested**    __(Unknown)_____

74.20
__Claims against Isramco Energy, LLC_____    _____(Unknown)

**Nature of Claim**    _____

**Amount Requested**    __(Unknown)_____

74.21
__Claims against Jackson County Vacuum_____    _____(Unknown)

**Nature of Claim**    _____

**Amount Requested**    __(Unknown)_____

Debtor __Siana Oil and Gas Co., LLC_____     Case number *(if known)* _____23-32279-H5-11_____
      Name

## ▮ Additional Page

74.22
 **Claims against Tammy Leal**_____                                    (Unknown)

**Nature of Claim** _____
**Amount Requested** __(Unknown)_____

74.23
 **Claims against Bruce R. Lively, Trustee**_____                             (Unknown)

**Nature of Claim** _____
**Amount Requested** __(Unknown)_____

74.24
 **Claims against Salient Zivona**_____                                  (Unknown)

**Nature of Claim** _____
**Amount Requested** __(Unknown)_____

74.25
 **Claims against Ventex Operating Corp.**_____                              (Unknown)

**Nature of Claim** _____
**Amount Requested** __(Unknown)_____

74.26
 **Claims against XTO Energy, Inc.**_____                                 (Unknown)

**Nature of Claim** _____
**Amount Requested** __(Unknown)_____

74.27
 **Claims against Kenneth Schultz**_____                                  (Unknown)

**Nature of Claim** _____
**Amount Requested** __(Unknown)_____

74.28
 **Claims against John Craig**_____                                    (Unknown)

**Nature of Claim** _____
**Amount Requested** __(Unknown)_____

74.29
 **Claims against Mewbourne Oil Company**_____                                (Unknown)

**Nature of Claim** _____
**Amount Requested** __(Unknown)_____

74.30
 **Claims against Frost Bank**_____                                    (Unknown)

**Nature of Claim** _____
**Amount Requested** __(Unknown)_____

Debtor    __Siana Oil and Gas Co., LLC_____    Case number *(if known)* _____23-32279-H5-11_____
     Name

▮ **Additional Page**

---

74.31
**Claims against REO Operating**_____                __**(Unknown)**__

**Nature of Claim** _____

**Amount Requested** __**(Unknown)**_____

74.32
**Claims against EOG Resources**_____                __**(Unknown)**__

**Nature of Claim** _____

**Amount Requested** __**(Unknown)**_____

74.33
**Claims against John Crane Preoductions**_____                __**(Unknown)**__

**Nature of Claim** _____

**Amount Requested** __**(Unknown)**_____

74.34
**Claims against Shoco Production, LLC**_____                __**(Unknown)**__

**Nature of Claim** _____

**Amount Requested** __**(Unknown)**_____

74.35
**Claims against Kenneth Shore**_____                __**(Unknown)**__

**Nature of Claim** _____

**Amount Requested** __**(Unknown)**_____

74.36
**Claims against Joe Tobias/Aseph Pumping Services**___      __**(Unknown)**__

**Nature of Claim** _____

**Amount Requested** __**(Unknown)**_____

74.37
**Claims against Tall Dune Resources, LLC**_____              __**(Unknown)**__

**Nature of Claim** _____

**Amount Requested** __**(Unknown)**_____

74.38
**Claims against Bolding Energy, LLC**_____               __**(Unknown)**__

**Nature of Claim** _____

**Amount Requested** __**(Unknown)**_____

74.39
**Claims against Targa Gas Processors**_____              __**(Unknown)**__

**Nature of Claim** _____

**Amount Requested** __**(Unknown)**_____

Debtor  **Siana Oil and Gas Co., LLC**                                    Case number *(if known)*    **23-32279-H5-11**

Name

---

| | **Additional Page** |
|---|---|

---

74.40                                                                                              **(Unknown)**
**Claims against KeanMiller Law Firm**
**Nature of Claim**
**Amount Requested**    **(Unknown)**

74.41                                                                                              **(Unknown)**
**Claims against Owen Law Firm**
**Nature of Claim**
**Amount Requested**    **(Unknown)**

---

Fill in this information to identify the case:

Debtor name    Siana Oil and Gas Co., LLC

United States Bankruptcy Court for the:    Southern    District of    Texas
                                                                    (State)

Case number (if known):    23-32279-H5-11

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1.   **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

**Part 1:**        List Creditors Who Have Secured Claims

| 2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

**2.1** **Creditor's name**

Aldine Independent School District

**Creditor's mailing address**

2520 W W. Thorne Blvd.

Houston, TX 77073

**Creditor's email address, if known**

**Date debt was
incurred**

**Last 4 digits of
account
number**    ___ ___ ___ ___

**Do multiple creditors have an interest
in the same property?**
☑ No
☐ Yes. Specify each creditor, including this
    creditor, and its relative priority.

**Describe debtor's property that is subject to a
lien**

**Describe the lien**

Ad valorem - no claim filed, unknown

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | Column A | Column B |
|---|---|---|
| | unknown | unknown |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the
    Additional
    Page, if any.**                                    $3,348,258.92

Debtor  Siana Oil and Gas Co., LLC
_____
Name

Case number (if known) 23-32279-H5-11
_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.2** **Creditor's name**

Commissioner of Public Lands, State
of New Mexico

**Creditor's mailing address**

Ari Biernoff

Po Box 1148

Santa Fe, NM 87504-1148

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Oil and gas lease - Lea County, New Mexico - Inland Property - 8 wells

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Column A — Amount of claim:** $3,340,733.00

**Column B — Value of collateral:** $15,700,000.00

---

Debtor   Siana Oil and Gas Co., LLC
_____
Name

Case number (if known)   23-32279-H5-11
_____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

Crane County

**Creditor's mailing address**

c/o Linebarger Googan Blair & Sampson, LLP

112 E. Pecan St. Ste. 2200

San Antonio, TX 78205

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$193.81      unknown

**Describe the lien**

Ad valorem taxes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Siana Oil and Gas Co., LLC | Case number (if known) | 23-32279-H5-11 |
|--------|---------------------------|------------------------|----------------|
|        | Name |  |  |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---------|-----------------|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4**  **Creditor's name**

Cypress Forest Public Utility District

**Creditor's mailing address**

c/o Perdue, Brandon, Fielder, Collins & Mott, LLP

1235 N. Loop W. Ste. 600

Houston, TX 77008

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**        5 3 0 2

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   For computers, printers, copy/fax/scan machines, phones, keyboards, mouses, etc.: **1) Cypress Forest Public Utility District**; 2) Klein Independent School District ; For desk, chairs, book cases, filing cabinets, tables, chairs, etc.: **1) Cypress Forest Public Utility District**; 2) Klein Independent School District

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Ad Valorem Taxes

**Describe debtor's property that is subject to a lien**

computers, printers, copy/fax/scan machines, phones, keyboards, mouses, etc. , desk, chairs, book cases, filing cabinets, tables, chairs, etc.

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $8.07 | $5,500.00 |
|-------|-----------|

Debtor   Siana Oil and Gas Co., LLC
         _____
         Name                                          Case number (if known) 23-32279-H5-11

---

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.5** **Creditor's name**

Ector County Appraisal District

**Describe debtor's property that is subject to a lien**

$862.32          unknown

**Creditor's mailing address**

c/o Linebarger Goggan Blair & Sampson, LLP

112 E. Pecan St. Ste. 2200

San Antonio, TX 78205

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No

**Last 4 digits of account number**    7  0  2  4

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes. Have you already specified the relative priority?

☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Ad Valorem Taxes

---

Debtor    Siana Oil and Gas Co., LLC                                    Case number (if known) 23-32279-H5-11
          Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

Harris County, Et Al

**Describe debtor's property that is subject to a lien**

$708.41          unknown

**Creditor's mailing address**

c/o Linebarger Goggan Blair & Sampson, LLP

P.O. Box 3064

Houston, TX 77253

**Describe the lien**

Ad valorem lien- personal property

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No

**Last 4 digits of account number**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** Ad Valorem Taxes

Debtor   Siana Oil and Gas Co., LLC
      Name

Case number (if known)   23-32279-H5-11

---

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7**  **Creditor's name**

Irion County

**Creditor's mailing address**

Julie Ann Parsons
McCreary Veselka Bragg and Allen

Po Box 1269 Ste 2200

Round Rock, TX 78680-1269

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

                                  unknown             unknown

**Describe the lien**

Ad valorem taxes - no claim filed, unknown

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor  Siana Oil and Gas Co., LLC
_____
        Name

Case number (if known)  23-32279-H5-11

---

| **Part 1:** | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8   Creditor's name**

Jefferson County

**Creditor's mailing address**

c/o Linebarger Goggan Blair &
Sampson, LLP

PO Box 3064

Houston, TX 77253

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Ad Valorem Taxes

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Ad Valorem taxes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $281.38

Column B: unknown

Debtor    Siana Oil and Gas Co., LLC
_____              Case number (if known) 23-32279-H5-11
          Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9** **Creditor's name**

Klein Independent School District

**Creditor's mailing address**

c/o Linebarger Goggan Blair & Sampson, LLP

1235 N. Loop W. Ste. 600

Houston, TX 77008

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐   No.  Specify each creditor, including this creditor, and its relative priority.

☑   Yes. The relative priority of creditors is specified on lines  2.4

**Remarks:** Ad Valorem Taxes

**Describe debtor's property that is subject to a lien**

computers, printers, copy/fax/scan machines, phones, keyboards, mouses, etc. , desk, chairs, book cases, filing cabinets, tables, chairs, etc.

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$37.88          $5,500.00

| | |
|---|---|
| Debtor | Siana Oil and Gas Co., LLC |
| | Name |

Case number (if known) 23-32279-H5-11

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.10** **Creditor's name**

Sterling County

**Describe debtor's property that is subject to a lien**

$4,857.26          unknown

**Creditor's mailing address**

c/o Linebarger Goggan Blair & Sampson, LLP

2777 N. Stemmons Fwy Ste 1000

Dallas, TX 75207-2328

**Describe the lien**

Ad Valorem taxes

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  Siana Oil and Gas Co., LLC
_____
Name

Case number (if known) 23-32279-H5-11
_____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.11** **Creditor's name**

Tom Green County

**Creditor's mailing address**

c/o Dean & Linebarger

2777 N. Stemmons Fwy. Ste 1000

Dallas, TX 75207-2328

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Ad valorem taxes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$427.32

unknown

| Debtor | Siana Oil and Gas Co., LLC | Case number (if known) | 23-32279-H5-11 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.12** **Creditor's name**

Ward County

**Creditor's mailing address**

c/o Linebarger Goggan Blair & Sampson, LLP

112 E. Pecan St. Ste. 2200

San Antonio, TX 78205

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Ad valorem lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$149.47    unknown

| Debtor | Siana Oil and Gas Co., LLC | Case number (if known) | 23-32279-H5-11 |
| | Name | | |

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Line 2. 6 | __ __ __ __ |
| Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Line 2. 8 | __ __ __ __ |
| Linebarger Goggan Blaire, et al<br>112 E Pecan St Ste 2200<br>San Antonio, TX 78205-1588 | Line 2. 12 | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Siana Oil and Gas Co., LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 23-32279-H5-11 |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br><br>Comptroller of Public Accounts<br><br>c/o Office of Attorney General Bankruptcy Department<br><br>PO Box 12548<br><br>Austin, TX 78711-2548<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the Claim:<br>_____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | | unknown | unknown |
| **2.2** | Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | | _____ | _____ |

Debtor    **Siana Oil and Gas Co., LLC**                                        Case number *(if known)*    **23-32279-H5-11**
_____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
**Bailey Leasehold, LP**

c/o Jesse Pierce Pierce & O'Neill, LLP

4206 Montrose Blvd.

Houston, TX 77006

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Dispute over ownership**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
**Blanco Holdings I, Ltd.**

c/o Jesse Pierce Pierce & O'Neill, LLP

4206 Montrose Blvd.

Houston, TX 77006

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Disputed ownershp**

Is the claim subject to offset?
☐ No
☑ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
**Blue Crow Properties**

215 S Lamar Blvd G

Austin, TX 78704-1029

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
**Brett Taylor**

c/o Jesse Pierce Pierce & O'Neill, LLP

4206 Montrose Blvd.

Houston, TX 77006

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Disputed ownership**

Is the claim subject to offset?
☐ No
☑ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

| Debtor | Siana Oil and Gas Co., LLC | Case number *(if known)* | 23-32279-H5-11 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.5** **Nonpriority creditor's name and mailing address**

Cavin & Ingram PA

40 First Plaza Ste 610

Albuquerque, NM 87102-5801

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  0  1

**As of the petition filing date, the claim is:**  $27,396.82
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Legal fees

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

Chase Oil Corporation

c/o Jesse Pierce Pierce & O'Neill, LLP

4206 Montrose Blvd.

Houston, TX 77006

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**  unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Dispute on ownership

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**

Cristopher M. Cokinos

c/o Jesse Pierce Pierce & O'Neill, LLP

4206 Montrose Blvd.

Houston, TX 77006

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**  unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Dispute on ownership

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

David Barr

c/o Jesse Pierce Pierce & O'Neill, LLP

4206 Montrose Blvd.

Houston, TX 77006

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**  unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Dispute on ownership

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| Debtor | Siana Oil and Gas Co., LLC | Case number *(if known)* | 23-32279-H5-11 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

George M. Ragsdale

c/o Jesse Pierce Pierce & O'Neill, LLP

4206 Montrose Blvd.

Houston, TX 77006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Dispute on ownership

Is the claim subject to offset?
☐ No
☑ Yes

_____unknown_____

---

**3.10** Nonpriority creditor's name and mailing address

James A. Gibbs

c/o Jesse Pierce Pierce & O'Neill, LLP

4206 Montrose Blvd.

Houston, TX 77006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Dispute on ownership

Is the claim subject to offset?
☐ No
☑ Yes

_____unknown_____

---

**3.11** Nonpriority creditor's name and mailing address

James J. Baniff III

c/o Jesse Pierce Pierce & O'Neill, LLP

4206 Montrose Blvd.

77006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Dispute on ownership

Is the claim subject to offset?
☐ No
☑ Yes

_____unknown_____

---

**3.12** Nonpriority creditor's name and mailing address

James Woodcock Oil & Gas, LP

c/o Jesse Pierce Pierce & O'Neill, LLP

4206 Montrose Blvd.

Houston, TX 77006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Dispute on ownership

Is the claim subject to offset?
☐ No
☑ Yes

_____unknown_____

---

| Debtor | Siana Oil and Gas Co., LLC | Case number *(if known)* | 23-32279-H5-11 |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

**3.13** Nonpriority creditor's name and mailing address

Kevin M. Cokinos

c/o Jesse Pierce Pierce & O'Neill, LLP

4206 Montrose Blvd.

Houston, TX 77006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Dispute on ownership

Is the claim subject to offset?
☐ No
☑ Yes

**3.14** Nonpriority creditor's name and mailing address

Lisa Barr

c/o Jesse Pierce Pierce & O'Neill, LLP

4206 Montrose Blvd.

Houston, TX 77006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Dispute on ownership

Is the claim subject to offset?
☐ No
☑ Yes

**3.15** Nonpriority creditor's name and mailing address

Mark Johnson

c/o Coats & Evans, P.C

PO Box 130246

Spring, TX 77393

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Lawsuit #211100043696

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.16** Nonpriority creditor's name and mailing address

Mitby Pacholder Johnson, PLLC.

1001 McKinney St Ste 925

Houston, TX 77002-6400

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $80,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Legal Fees

Is the claim subject to offset?
☐ No
☑ Yes

| Debtor | **Siana Oil and Gas Co., LLC** | Case number *(if known)* | **23-32279-H5-11** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.17** | Nonpriority creditor's name and mailing address

**Montgomery & Andrews**

**325 Paseo De Peralta**

**Santa Fe, NM 87501-1860**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Legal fees__

Is the claim subject to offset?
☐ No
☑ Yes

**$87,000.00**

---

**3.18** | Nonpriority creditor's name and mailing address

**Oasis Petroleum North America, LLC**

**1001 Fannin St 1500**

**77002**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

**unknown**

---

**3.19** | Nonpriority creditor's name and mailing address

**Pacific VR, LLC**

**c/o Jesse Pierce Pierce & O'Neill, LLP**

**4206 Montrose Blvd.**

**Houston, TX 77006**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Dispute on ownership__

Is the claim subject to offset?
☐ No
☑ Yes

**unknown**

---

**3.20** | Nonpriority creditor's name and mailing address
**R. Miller Houghton**

**c/o Jesse Pierce Pierce & O'Neill, LLP**

**4206 Montrose Blvd.**

**Houston, TX 77006**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Dispute on ownership__

Is the claim subject to offset?
☐ No
☑ Yes

**unknown**

---

| Debtor | Siana Oil and Gas Co., LLC | Case number *(if known)* | 23-32279-H5-11 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.21

**Nonpriority creditor's name and mailing address**

Railroad Commission of Texas

Donny Sorrells
Director of Oil and Gas Division

Po Box 12967

Austin, TX 78711-2967

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Issues with Railroad Commission of Texas

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.22

**Nonpriority creditor's name and mailing address**

Rapid Response Judgment Enforcement, LLC

8 Legends Ct

San Antonio, TX 78257-1701

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Claim against Siana

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.23

**Nonpriority creditor's name and mailing address**

RLI Insurance Company

8 Greenway Plz Ste 400

Houston, TX 77046-1000

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.24

**Nonpriority creditor's name and mailing address**

Standard Energy Services

2310 Fordham St

Lubbock, TX 79415-2002

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Services provided

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | Siana Oil and Gas Co., LLC | Case number *(if known)* | 23-32279-H5-11 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

Tajos Oil & Gas, Ltd.

c/o Jesse Pierce Pierce & O'Neill, LLP

4206 Montrose Blvd.

Houston, TX 77006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Dispute on ownership

Is the claim subject to offset?
☐ No
☑ Yes

unknown

---

**3.26** Nonpriority creditor's name and mailing address

Vonnie Wenck

c/o Jesse Pierce Pierce & O'Neill, LLP

4206 Montrose Blvd.

Houston, TX 77006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Dispute on ownership

Is the claim subject to offset?
☐ No
☑ Yes

unknown

---

**3.27** Nonpriority creditor's name and mailing address

Wellington Hotwells I, LP

c/o Jesse Pierce Pierce & O'Neill, LLP

4206 Montrose Blvd.

Houston, TX 77006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Dispute on ownership

Is the claim subject to offset?
☐ No
☑ Yes

unknown

---

**3.28** Nonpriority creditor's name and mailing address

White Oak Operating, Company, LLC

c/o MACCO Restructuring Group, LLC

700 Milam St. Ste. 1300

Houston, TX 77002

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Judgment-significant amounts owed to Debtor

Is the claim subject to offset?
☐ No
☑ Yes

$760,028.27

Remarks: Funds due to Siana - no accounting of funds owed
Duplicate of claim by White Oak Resources VI, LLC

---

Debtor   **Siana Oil and Gas Co., LLC**
　　　　　Name

Case number *(if known)*　　**23-32279-H5-11**

---

**Part 2:**　Additional Page

---

**3.29**  **Nonpriority creditor's name and mailing address**

**White Oak Resources VI, LLC**

**c/o MACCO Restructuring Group, LLC**

**700 Milam St. Ste. 1300**

**Houston, TX 77002**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Duplicate of White Oak
　　　　　　Unliquidated

**As of the petition filing date, the claim is:**　　　　$760,028.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Judgment**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| Debtor | **Siana Oil and Gas Co., LLC** | Case number *(if known)* | **23-32279-H5-11** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 3:</strong></td><td colspan="2"><strong>List Others to Be Notified About Unsecured Claims</strong></td></tr>
</table>

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Chord Energy**<br>**1001 Fannin St Ste 1500**<br>**Houston, TX 77002-6739** | Line **3.18**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2** **Gardere Wynne Sewell**<br>**1000 Louisiana St Ste 2000**<br>**Houston, TX 77002-5018** | Line **3.29**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.3** **Gardere Wynne Sewell**<br>**1000 Louisiana St Ste 2000**<br>**Houston, TX 77002-5018** | Line **3.28**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.4** **Murphy, Christopher S**<br>**PO Box 12548**<br>**Austin, TX 78711** | Line **2.1**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.5** **White Oak Operating Co., Inc**<br>**16945 Northchase Dr. Ste. 1700**<br>**Houston, TX 77060** | Line **3.28**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.6** **White Oak Resources VI, LLC**<br>**16945 Northchase Dr. Ste. 1700**<br>**Houston, TX 77060** | Line **3.29**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | **Siana Oil and Gas Co., LLC** | Case number *(if known)* | **23-32279-H5-11** |
|---|---|---|---|
| | Name | | |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b.  **+** | **$1,714,453.36** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,714,453.36** |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | Siana Oil and Gas Co., LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): 23-32279-H5-11 | Chapter 11 |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Operating agreement | Siana Operating LLC |
| | | Contract to be ASSUMED | Po Box 2246 |
| | State the term remaining | 0 months | Conroe, TX 77305-2246 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Joint operating agreements on wells and properties | Joint Operating Agreements |
| | | Contract to be ASSUMED | |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Environmental insurance | Travelers Insurance |
| | | Contract to be ASSUMED | PO BOX 660307 |
| | State the term remaining | 0 months | Dallas, TX 75266 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Operation of plane | El Sinore Aviation, LLC |
| | | | Po Box 2246 |
| | State the term remaining | 0 months | Midland, TX 79702 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Siana Oil and Gas Co., LLC**

United States Bankruptcy Court for the:    **Southern**    District of    **Texas**
(State)

Case number (If known):    **23-32279-H5-11**

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Ragsdale, Tom M. | 8500 Cypresswood #104 <br> Street <br><br> Spring, TX 77379 <br> City    State    ZIP Code | Rapid Response Judgment Enforcement, LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | _____ | Street <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor   **Siana Oil and Gas Co., LLC**                                      Case number (if known)   **23-32279-H5-11**
         Name

## Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |
|---|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

| Fill in this information to identify the case: |
|---|

Debtor name _____ Siana Oil and Gas Co., LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): ___ 23-32279-H5-11 ___   Chapter ___ 11 ___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

       Copy line 88 from *Schedule A/B*............................................................................................

$22,262,000.00

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B*.........................................................................................

$18,916,860.00

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B*...........................................................................................

$41,178,860.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

$3,348,258.92

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................

$0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

+ $1,714,453.36

4. **Total liabilities**.................................................................................................................

$5,062,712.28

    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name     Siana Oil and Gas Co., LLC

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known):    23-32279-H5-11

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.**   **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u> to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | Unknown<br>$0.00 |
| **For prior year:** | From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | Unknown<br>$0.00 |
| **For the year before that:** | From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | Unknown<br>$0.00 |

**2.**   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u> to   Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Debtor | Siana Oil and Gas Co., LLC | | Case number *(if known)* | 23-32279-H5-11 |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Unknown, x<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Ragsdale, Tom M.<br>Creditor's name<br><br>8500 Cypresswood Dr Ste 104<br>Street<br><br><br>Spring, TX 77379-7106<br>City          State    ZIP Code | _____ | $0.00 | Minimal withdrawals - amounts unknown |

| **Relationship to debtor** |
|---|
| Owner |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **2**

| Debtor | Siana Oil and Gas Co., LLC | | Case number *(if known)* | 23-32279-H5-11 |
|--------|---------------------------|--|-------------------------|----------------|
| | Name | | | |

| 5.1. | Commissioner of Public Lands for the State of New Mexico | Cash in Amegy Bank | March 2023 | $21,000.00 |
|------|--------------------------------------------------------|-------------------|-----------|-----------|

Creditor's name

Po Box 1148
Street

Ari Biernoff General Counsel

Santa Fe, NM 87504-1148
City          State   ZIP Code

## 6.  Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|-----------------------------|-----------------------------------------|-----------------------|--------|
| 6.1. | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| City          State   ZIP Code | | | |

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | Aubrey Dunn, et. al., v. Siana Operating, LLC, et. al. | Claims against debtor | 1st Judicial District Court, Santa Fe County, New Mexico<br>Name<br>225 Montezuma Ave.<br>Street<br><br>Santa Fe, NM 87501<br>City          State   ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| | **Case number**<br>D-101-CV-2016-01101 | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | The State of Texas vs Tom Marshall Ragsdale | Alleged violations of Commission Rules | 201st District Court, Travis County, Texas<br>Name<br>PO Box 1748<br>Street<br><br>Austin, TX 78767<br>City          State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>D-1-GN-22-006212 | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | James A. Gibbs, et al vs Siana Oil & Gas Co, LLC | Claims on ownership of properties | 5th Judicial District Court, Lea County, New Mexico<br>Name<br>100 N. Love St.<br>Street<br><br>Lovington, NM 88260<br>City          State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>D-506-CV-2022-01011 | | | |

| Debtor | Siana Oil and Gas Co., LLC | Case number (if known) | 23-32279-H5-11 |
|---|---|---|---|
| | Name | | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Aldine Independent School District vs. Siana Oil & Gas, LLC | Tax Suit | 270th Judicial District Court, Harris County, Texas <br> Name <br> 201 Caroline St. <br> Street <br><br> Houston, TX 77002 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 202303282 | | | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Siana Oil & Gas Co. LLC vs. Craig, John C | Breach of Contract/Debt Collection | 295th Judicial District Court, Harris County, Texas <br> Name <br> 201 Caroline St. 14th Fl. <br> Street <br><br> Houston, TX 77002 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 202173112 | | | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Siana Oil & Gas Co. LLC vs. Schultz, Kenneth | Breach of Contract/Debt Collection | 127th Judicial District Court, Harris County, Texas <br> Name <br> 201 Caroline St <br> Street <br><br> Houston, TX 77002-1901 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 202173152 | | | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Siana Oil & Gas, LLC vs. Rogers, Diana | Agreed Judgment | 269th Judicial District Court, Harris County, Texas <br> Name <br> 201 Caroline Street, 13th Floor <br> Street <br><br> Houston, TX 77002 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 202129175 | | | |

| 7.8. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Siana Oil & Gas Co. LLC vs. Hilcorp Energy Co | Breach of Contract/Debt Collection | 164th Judicial District Court, Harris County, Texas <br> Name <br> 201 Caroline St. 12th Floor <br> Street <br><br> Houston, TX 77002 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 201934089 | | | |

| 7.9. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Siana Oil & Gas Co., LLC vs. Shell Trading Company | Breach of Contract/Debt Collection | 165th Judicial District Court, Harris County, Texas <br> Name <br> 201 Caroline St. 12 Floor <br> Street <br><br> Houston, TX 77002 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 201835472 | | | |

| Debtor | Siana Oil and Gas Co., LLC | | Case number (if known) | 23-32279-H5-11 |
|---|---|---|---|---|
| | Name | | | |

| 7.10. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | White Oak Operating Company, LLC vs. Siana Oil & Gas Co., LLC | Breach of Contract/Debt Collection | 164th Judicial District Court, Harris County, Texas <br>Name<br> 201 Caroline St. 12th Floor <br>Street<br><br> Houston, TX 77002 <br>City            State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number** | | | |
| | 201545224 | | | |

| 7.11. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Siana Oil & Gas vs. REO Operating | | 51st Judicial District Court, San Angelo County, Texas <br>Name<br> 112 W Beauregard Ave. <br>Street<br><br> San Angelo, TX 76903 <br>City            State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | CV21-011 | | | |

| 7.12. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Siana Oil & Gas Co, LLC vs. Hogar Partners and Cathy Hunter, Trustee | | 23rd Judicial District Court, Matagorda County, Texas <br>Name<br> 1700 7th St. Rm 317 <br>Street<br><br> Bay City, TX 77414 <br>City            State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 21-H-0338 | | | |

| 7.13. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Siana Oil & Gas Co, LLC vs. EOG Resources, Inc | Fraud Case | 215th Judicial District Court, Harris County, Texas <br>Name<br> 201 Caroline St. 13th fl. <br>Street<br><br> Houston, TX 77002 <br>City            State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 2018-01414 | | | |

| 7.14. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Siana Oil & Gas Co. LLC vs. John Crane Production Solutions | Breach of Contract | 118th District Court, Howard County, Texas <br>Name<br> 112 Scurry St. <br>Street<br><br> Big Spring, TX 79720 <br>City            State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 11-15-00335-CV | | | |

| 7.15. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Siana Oil & Gas Co. LLC vs. Mewbourne Oil Co | | Energy, Minerals and Natural Resources Department Oil Conservation Division, State of New Mexico <br>Name<br> 112 South St. Francis Dr. <br>Street<br><br> Santa Fe, NM 87505 <br>City            State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 22439 | | | |

| 7.16. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Mark Johnson; Mark Johnson d/b/a Flying Johnson v Tom Ragsdale; Siana Oil & Gas Co, LLC | | Justice Court, Pct. 1, Pl. 1, Harris County, Texas <br> Name <br><br> 7300 N Shepherd Dr Ste. 138 <br> Street <br><br> Houston, TX 77091-2474 <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> 211100043696 | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br> City    State    ZIP Code | **Case title** <br><br> **Case number** <br><br> **Date of order or assignment** | **Court name and address** <br><br> Name <br><br> Street <br><br> City    State    ZIP Code |

---

**Part 4:** Certain Gifts and Charitable Contributions

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name <br><br> Street <br><br> City    State    ZIP Code <br><br> **Recipient's relationship to debtor** | | | |

---

**Part 5:** Certain Losses

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

Debtor   Siana Oil and Gas Co., LLC                                    Case number *(if known)*   23-32279-H5-11
                Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Baker & Associates | Retainer | _____ | $11,738.00 |

**Address**

950 Echo Ln. Ste. 300
Street

Houston, TX 77024
City                        State      ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

Debtor

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

**Trustee**

_____

Debtor   Siana Oil and Gas Co., LLC                                    Case number (if known)   23-32279-H5-11
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|---------------------------|-----------------------------------------------------------------------------------|------------------------|-----------------------|
|       |                           |                                                                                   |                        |                       |
|       | **Address**               |                                                                                   |                        |                       |
|       | _____<br>Street |                                                                                 |                        |                       |
|       | _____<br>City          State    ZIP Code |                                                                |                        |                       |
|       | **Relationship to debtor** |                                                                                  |                        |                       |
|       | _____         |                                                                                   |                        |                       |

---

| Part 7: | Previous Locations |
|---------|---------------------|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---------|---------------------|
| 14.1. 400 N Sam Houston Parkway E 601<br>Street<br><br>77060<br>City          State    ZIP Code | From   Sept 2016     To   Sept 2020 |

---

| Part 8: | Health Care Bankruptcies |
|---------|---------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Debtor    Siana Oil and Gas Co., LLC                                          Case number *(if known)*   23-32279-H5-11
          Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____
      Facility name

      _____
      Street                        | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept? |

      _____
      City          State   ZIP Code

                                     _____                        *Check all that apply:*
                                                                                ☐ Electronically

                                     _____                        ☐ Paper

---

**Part 9:**   Personally Identifiable Information

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

          Does the debtor have a privacy policy about that information?

          ☐ No

          ☐ Yes

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

          ☐ No. Go to Part 10.

          ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

          Has the plan been terminated?

          ☐ No

          ☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

---

Debtor   Siana Oil and Gas Co., LLC                                                    Case number *(if known)*   23-32279-H5-11
_____
Name

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

**Part 12:**   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor ___Siana Oil and Gas Co., LLC_____ Case number (if known)___23-32279-H5-11___
        Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly
  harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No
☑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____<br>**Case number**<br>_____ | Railroad Commission of Texas<br>Name<br>Po Box 12967<br>Street<br>_____<br>Austin          TX<br>78711-2967<br>City          State     ZIP Code | Unknown as to pending cases or<br>matters.<br>_____<br>_____<br>_____ | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case title**<br>New Mexico vs. Siana Oil & Gas Co,<br>LLC<br>**Case number**<br>D-101-cv-2016-01101 | **Court or agency name and address**<br>Commissioner of Public Lands for the State<br>of New Mexico<br>Name<br>Po Box 1148<br>Street<br>_____<br>Santa Fe          NM<br>87504-1148<br>City          State     ZIP Code | **Nature of the case**<br>Environmental issues<br>_____<br>_____<br>_____ | **Status of case**<br>☐ Pending<br>☐ On appeal<br>☑ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Railroad Commission of Texasarios<br>possible sites<br>Name<br>Po Box 12967<br>Street<br>Donny Sorrells, Director of Oil and<br>Gas Division<br>Austin          TX<br>78711-2967<br>City          State     ZIP Code | Railroad Commission of Texas<br>Name<br>Street<br>_____<br>_____<br>City          State     ZIP Code | Penalties and fines from prior issues.<br>Unknown as to current status.<br>_____<br>_____ | _____ |
| **Site name and address**<br>Various<br>Name<br>Po Box 1148<br>Street<br>Ari Biernoff General Counsel<br>Santa Fe          NM<br>87504-1148<br>City          State     ZIP Code | **Governmental unit name and address**<br>Commissioner of Public Lands for the State<br>of New Mexico<br>Name<br>Street<br>_____<br>_____<br>City          State     ZIP Code | **Environmental law, if known**<br>_____<br>_____<br>_____ | **Date of notice**<br>2016 |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

Debtor   Siana Oil and Gas Co., LLC                                                      Case number *(if known)*   23-32279-H5-11
         Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | _____ | _____ |
| | | _____ | |
| Street | Street | _____ | |
| | | _____ | |
| City        State     ZIP Code | City        State     ZIP Code | _____ | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____ | _____ | EIN: _ _ – _ _ _ _ _ _ _ |
| Name | | **Dates business existed** |
| Street | | From _____   To _____ |
| City        State     ZIP Code | | |

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Danielle Caldwell | From _____   To _____ |
| Name | |
| Street | |
| Spring, TX | |
| City        State        ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. Doris Biddy | From _____   To _____ |
| Name | |
| Street | |
| Midland, TX | |
| City        State        ZIP Code | |

Debtor    Siana Oil and Gas Co., LLC
          Name                                                           Case number (if known)   23-32279-H5-11

| Name and address | Dates of service |
|---|---|

26a.3.   Bailes Bates & Associates                                      October
         Name                                                           From 2022      To current

         1650 Highway 6 470
         Street

         Sugar Land, TX 77478
         City                        State            ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
       statement within 2 years before filing this case.

       ☑ None

| Name and address | Dates of service |
|---|---|

26b.1.   _____                                    From _____   To _____
         Name

         _____
         Street

         _____
         City                        State            ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

       ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
         Ragsdale, Tom M.
         Name

         8500 Cypresswood #104
         Street

         Spring, TX 77379
         City                        State            ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.
         Bailes Bates& Associates
         Name

         1650 Highway 6 Ste 470
         Street

         Sugar Land, TX 77478-4958
         City                        State            ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
       statement within 2 years before filing this case.

       ☑ None

| Name and address |
|---|

26d.1.   _____
         Name

         _____
         Street

         _____
         City                        State            ZIP Code

Debtor   Siana Oil and Gas Co., LLC
Name

Case number *(if known)*   23-32279-H5-11

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City                          State          ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ragsdale, Tom M. | 8500 Cypresswood #104 Spring, TX 77379 | President, Owners | 100.00% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ |
| | | | To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Ragsdale, Tom M. <br> Name <br> 8500 Cypresswood Dr Ste 104 <br> Street <br><br> Spring, TX 77379-7106 <br> City                State        ZIP Code | Less than $10,000 | | Very minor withdrawals |

| Relationship to debtor |
|---|
| Owner |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor    <u>Siana Oil and Gas Co., LLC</u>              Case number *(if known)*    <u>23-32279-H5-11</u>

Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>07/28/2023</u>
          MM/ DD/ YYYY

**X** <u>/s/ Tom M. Ragsdale</u>         Printed name         <u>Tom M. Ragsdale</u>
Signature of individual signing on behalf of the debtor

Position or relationship to debtor      <u>President</u>

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes