**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **SIANA OIL AND GAS CO., LLC,** | § | **CASE NO. 23-32279 (JPN)** |
| | § | |
| | § | **Chapter 7** |
| **DEBTOR.** | § | |

**ORDER APPROVING FOURTH INTERIM APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES BY HUSCH BLACKWELL LLP AS
COUNSEL FOR THE CHAPTER 7 TRUSTEE FOR THE PERIOD
FROM OCTOBER 1, 2025 THROUGH MARCH 31, 2026**
(Relates to Docket No. ___)

The court has considered the *Fourth Interim Application for Compensation and Reimbursement of Expenses by Husch Blackwell LLP as Counsel for the Chapter 7 Trustee for the Period from October 1, 2025 through March 31, 2026* (the "**Application**").[1]  After due consideration, the Court has determined that due notice of the Application has been given, that no objections to the Application have been asserted, and that the relief requested in the Application is reasonable and proper.  Accordingly, the Court is of the opinion that the Application should be granted as set forth below.  It is therefore:

**ORDERED** that the *Fourth Interim Application for Compensation and Reimbursement of Expenses by Husch Blackwell LLP as Counsel for the Chapter 7 Trustee for the Period from October 1, 2025 through March 31, 2026* is hereby approved in the amounts of **$328,035.00** for professional and paraprofessional fees and **$1,721.41** in expenses, being awarded on an interim basis as a priority administrative expense under 11 U.S.C. § 507(a)(1)(c); and it is further

---

[1]  Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the *Fourth Interim Application for Compensation and Reimbursement of Expenses by Husch Blackwell LLP as Counsel for the Chapter 7 Trustee for the Period from October 1, 2025 through March 31, 2026.*

2

**ORDERED** that Allison D. Byman, Chapter 7 Trustee, be and is hereby authorized to make payment to Husch Blackwell LLP in the total amount of **$329,756.41** from the Estate.

SIGNED this _____ day of _____, 2026.

_____
JEFFREY P. NORMAN,
UNITED STATES BANKRUPTCY JUDGE

Order submitted by:


/s/ Timothy A. Million
Timothy A. Million
State Bar No. 24051055
Husch Blackwell LLP
600 Travis Street, Suite 2350
Houston, TX 77002
T: 713.525.6221
F: 713.657.6884
tim.million@huschblackwell.com

COUNSEL FOR ALLISON D.
BYMAN, CHAPTER 7 TRUSTEE